4610. WILLIAMS v. THE STATE.

POTTLE, J. Where one is charged with cruelty to animals, and it appears that during the time the cruel treatment took place the accused had the animals in three different counties, but it is not shown in which county the acts of cruelty were committed, the venue is not proved. A motion for a new trial, distinctly raising this question, should have been granted. *Smith* v. *State*, 69 *Ga.* 768. *Judgment reversed.*

DECIDED FEBRUARY 18, 1913.

Accusation of cruelty to animals; from city court of Sparta— Judge Moore. December 21, 1912.

*T. M. Hunt,* for plaintiff in error.

*R. L. Merritt, solicitor,* contra.